UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

19-MAG-5209



UNITED STATES OF AMERICA

v.

DANILO CHAVEZ LOZANO,

    Defendant.
_____/

# MOTION FOR ADMISSION
# PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Luis I Guerra hereby moves this Court for an Order to appear Pro Hac Vice in the above-captioned matter.

Mr. Guerra is an attorney in good standing with the Florida bar with no pending disciplinary proceedings against any state or federal court. Mr. Guerra has never been convicted of a felony. Mr. Guerra has never been censured, suspended, disbarred or denied admission or readmission by any court. Mr. Guerra has attached the affidavit pursuant to Local Rules 1.3.

Dated: September 20, 2019

Respectfully submitted,

Luis I Guerra
The Guerra Law Firm, P.A.
1395 Brickell Ave, Ste 800
Miami, FL 33131
Telephone No: (305) 461-3638
Facsimile No: (877) 750-8990
luisguerrapa@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

19-MAG-5209

UNITED STATES OF AMERICA

v.

DANILO CHAVEZ LOZANO,

    Defendant.
_____/

## AFFIDAVIT OF LUIS I GUERRA

STATE OF FLORIDA      )
                                )
COUNTY OF MIAMI-DADE  )

BEFORE ME, the undersigned authority, this day personally appeared Luis I Guerra, who, being first duly sworn on oath, deposes and says:

1. Affiant is a practicing attorney-at-law in the State of Florida.

2. Affiant has been practicing law since 1990.

3. Affiant has never been convicted of a felony.

4. Affiant has never been censured, suspended, disbarred or denied admission or readmission by any court.

5. Affiant has never had any disciplinary proceedings presently against him.

_____
Luis I Guerra

Sworn to or affirmed and signed before me on the 20th day of September 2019 by Luis I Guerra.

_____
Signature of Notary Public



_Vanessa Marineau_
(Print, Type, or Stamp Commissioned Name of Notary Public)

✓ Personally Known
___ Produced Identification
Type of Identification Produced

_____

(Seal)

# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**LUIS I. GUERRA**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **March 29, 1990**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this October 7, 2019.*

_____
*Clerk of the Supreme Court of Florida.*

# State of Florida
# Department of State

I certify from the records of this office that THE GUERRA LAW FIRM, P.A. is a corporation organized under the laws of the State of Florida, filed on April 17, 2002.

The document number of this corporation is P02000044790.

I further certify that said corporation has paid all fees due this office through December 31, 2019, that its most recent annual report/uniform business report was filed on March 7, 2019, and that its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

*Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this
the Twenty-third day of
September, 2019*



*Secretary of State*

Tracking Number: 8367240838CU

To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.

https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication

**PEEL HERE** ▲

ORIGIN ID:MIAA (305) 461-3638
LOIS GUERRA
1395 BRICKELL AVE
STE 800
MIAMI, FL 33131
UNITED STATES US

SHIP DATE: 10OCT19
ACTWGT: 1.00 LB
CAD: 105493603/INET4160

BILL SENDER
2019 OCT 11 AM 11: 49

TO ATTN: FINANCE DEPT.
NEW YORK US COURTHOUSE
500 PEARL STREET

CLERK'S OFFICE
S.D.N.Y.

NEW YORK NY 10007
(305) 461-3638       REF:
INV:
PO:                  DEPT:

557.G/2A3C/05A2

FedEx Express

THU - 10 OCT 3:00P
STANDARD OVERNIGHT

FedEx
TRK# 7766 3788 2775
0201

FRI - 11 OCT AA
STANDARD OVERNIGHT

XA PCTA                10007
                       NY-US
                       EWR

                                10007
                       NY-US    EWR

FTO 5191011 100CT19 HW0A 568C3/2A3C/05A2

1 Open pre-sealed purple flap.

FedEx® Express