```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :   INDICTMENT

        - v. -                       19 CRIM 826

DANILO CHAVEZ LOZANO,            :

            Defendant.           :

- - - - - - - - - - - - - - - - - - - X
```

### COUNT ONE

(Operation of an Unlicensed Money Transmission Business)

The Grand Jury charges:

1. From at least in or about 2017 up to and including at least in or about 2019, in the Southern District of New York and elsewhere, DANILO CHAVEZ LOZANO, the defendant, did knowingly conduct, control, manage, supervise, direct, and own all and part of an unlicensed money transmitting business affecting interstate and foreign commerce, to wit, DANILO CHAVEZ LOZANO used a company he owned and controlled in Doral, Florida (the "Company") to transmit money into and through the United States, including into and through bank accounts in New York, New York, without an appropriate state license, which conduct was punishable as a felony under Florida law, and without meeting the Federal registration requirements set forth for money transmitting businesses.

(Title 18, United States Code, Sections 1960 and 2.)

**FORFEITURE ALLEGATION**

2. As a result of committing the offense alleged in Count One of this Indictment, DANILO CHAVEZ LOZANO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense, and the following specific property:

    a. $31,000 in United States currency seized from LOZANO's home in Medley Florida on or about June 4, 2019;

    b. $12,866.17 in assets seized from a bank account held at BB&T with account number ending in 5029;

    c. $36,806.05 in assets seized from a bank account held at BB&T with account number ending in 8873;

    d. $81,766.87 in assets seized from a bank account held at BB&T with account number ending in 5649;

    e. $37,629.00 in assets seized from a bank account held at BB&T with account number ending in 4898.

**Substitute Assets Provision**

3. If any of the above-described forfeitable

property, as a result of any act or omission of the defendant:

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third person;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

      (Title 18, United States Code, Section 982; and
      Title 21, United States Code, Section 853.)


_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

**DANILO CHAVEZ LOZANO,**

Defendant.

### INDICTMENT

19 Cr.

(18 U.S.C. §§ 1960 & 2)

GEOFFREY S. BERMAN
United States Attorney.

**A TRUE BILL**

_____  Foreperson.

11/15/19
CA

INDICTMENT FILED
WHEEL A- DJ BUCHWALD
KN PARKER
WHJ