

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 19, 2019

**BY ECF**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Danilo Chavez Lozano*, 19 Cr. 826 (NRB)

Dear Judge Buchwald:

The Government and defense counsel of record for the above-referenced defendant respectfully request an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, between today and December 4, 2019 in order for the parties to confer about an acceptable arraignment date. The defendant and defense counsel of record live out-of-state, and are unavailable until, at the earliest, December 2, 2019. The Government requests that the Court exclude time between today and December 4 to confirm availability of the defendant and defense counsel, as well as in the interest of justice to ensure continuity of defense counsel. Defense counsel has no objection to this request. The Government respectfully encloses a proposed order excluding time.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: /s Samuel L. Raymond
Samuel L. Raymond
Assistant United States Attorney
(212) 637-6519

cc: Orlando do Campo, Esq. (by ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :    Order Excluding Time
                                     :
        v.                           :    19 Cr. 826 (NRB)
                                     :
DANILO CHAVEZ LOZANO,                :
                                     :
                Defendant.           :
                                     :
- - - - - - - - - - - - - - - - - - x
```

The Court has received a request by GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, by Assistant United States Attorney Samuel L. Raymond, requesting that the time period from November 20, 2019 to December 4, 2019, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h).  The Government seeks the exclusion of the foregoing period based on the availability of the defendant, availability of defense counsel, and in the interest of justice to ensure continuity of defense counsel.  Full consideration having been given to the matter set forth therein, it is hereby

ORDERED that the time between November 20, 2019 and December 4, 2019 be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h).  The Court finds that this exclusion of time is appropriate, and serves

2

the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

Dated:    New York, NY

        November __, 2019

_____
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK