```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------- x
                                :
UNITED STATES OF AMERICA        :    Order Excluding Time
                                :
         v.                     :    19 Cr. 826 (NRB)
                                :
DANILO CHAVEZ LOZANO,           :
                                :
              Defendant.        :
                                :
------------------- x
```

The Court has received a request by GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, by Assistant United States Attorney Samuel L. Raymond, requesting that the time period from December 4, 2019 to December 11, 2019, be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h). The Government seeks the exclusion of the foregoing period based on the availability of the defendant, availability of defense counsel, and in the interest of justice to ensure continuity of defense counsel. Full consideration having been given to the matter set forth therein, it is hereby

ORDERED that the time between December 4, 2019 and December 11, 2019 be excluded from the computation of the time period within which trial of the charges against the defendant must commence, pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h). The Court finds that this exclusion of time is appropriate, and serves

2

the ends of justice and outweighs the interest of the public and the defendant in a speedy trial.

Dated:   New York, NY

December 2, 2019

_____
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK