UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,

                                              NOTICE OF APPEARANCE
-against-             AND REQUEST FOR ECF NOTIFICATION

                                                19 Cr. 826 (NRB)

DANILO CHAVEZ LOZANO,

              Defendant
-------------------------------------------------X

       I, LISA SCOLARI hereby appear as retained counsel on behalf of defendant DANILO CHAVEZ LOZANO in this matter.

       I was admitted to practice in the Southern District of New York in March, 1987.

Dated: December 6, 2019

*Lisa Scolari*
LISA SCOLARI, ESQ.
20 VESEY STREET
SUITE 400
NEW YORK, NEW YORK 10007
(212) 227-8899
FAX (212) 964-2926
lscolarilaw@earthlink.net