LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                FAX (212) 964-2926

October 7, 2021

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Danilo Chavez Lozano,
19 Cr. 826 (NRB)

Your Honor,

I write to request an adjournment of the conference in the above captioned case, currently scheduled for October 14, 2021, to a date in mid December, 2021. The parties are close to a resolution and expect that Mr. Chavez-Lozano will enter a plea on the next date.

I request a December date because I will be occupied with a RICO conspiracy/ homicide trial in November. The government, by Samuel Raymond, Esq., consents to this request. As the adjournment is for completion of plea negotiations, the time until the December adjourn date should be excluded from speedy trial calculations.

Respectfully,

Lisa Scolari

Lisa Scolari

*[handwritten annotations:]* The conference is adjourned until December 14, 2021 at 11:30 a.m. Speedy trial time excluded. 18 U.S.C. § 3161 (h)(7)(A)

SO ORDERED

HON. NAOMI REICE BUCHWALD   *10/7/21*