**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                              FAX (212) 964-2926

November 30, 2021

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Danilo Chavez Lozano,
19 Cr. 826 (NRB)

Your Honor,

      I write to advise the Court that Mr. Chavez Lozano will be prepared to enter a plea at the upcoming conference scheduled for December 14, 2021. As Mr. Chavez Lozano lives in Florida and covid-19 is still an issue, we request that the Court permit him to plead remotely pursuant to the Cares Act. He will do so however the Court instructs, either by video or phone.
I have attached a consent to proceed remotely that I have signed on behalf of Mr. Chavez Lozano with his consent.
      The government, by Samuel Raymond, Esq., consents to this request.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED

*[signature]*
HON. NAOMI REICE BUCHWALD
11/30/21

April 8, 2020 P.M.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

                -v-

Danilo Chavez Lozano,

                      Defendant.
-------------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

19 -CR- 826 (NRB ) ( )

**Check Proceeding that Applies**

__X__ Plea

I am aware that I have been charged with violations of federal law. I have consulted with my attorney about those charges. I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter a guilty plea and to have my attorney beside me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Lisa Scolari Esq for
Danilo Chavez Lozano

Lisa Scolari for Danilo Chavez Lozano

Date: _____
Print Name

_____
Signature of Defendant

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _Norris Barcimanto___.

Date: _____ _____Lisa Scolari /s/_____
Signature of Defense Counsel

Accepted: _Naomi Reice Buchwald_ Date: _November 30, 2021_
Signature of Judge