**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                                                        FAX (212) 964-2926

November 18, 2022

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Danilo Chavez Lozano,
19 Cr. 826 (NRB)

Your Honor,

     I write to request Court authorization for Mr. Chavez Lozano to travel to Colombia to see his family from December 28, 2022-January 12, 2023. The Court sentenced Mr. Chavez Lozano to two months prison and a year of supervised release on April 11, 2022. Mr. Chavez Lozano began his supervised release after leaving prison on August 5, 2022 and has been compliant with all conditions since that time.

     Mr. Chavez Lozano has not been able to travel to Colombia to see his family, older parents and two siblings, in over three years, since his arrest in June, 2019. His family cannot visit him as they do not all have visas.

     Mr. Chavez Lozano's Southern District of Florida probation officer has confirmed that he has been fully complaint with his release conditions and takes no position on this request. The government, by Samuel Raymond, Esq., also takes no position on this application. If the Court grants the application, Mr. Chavez Lozano will provide probation with the particulars of his trip.

     Therefore I request that the Court permit Mr. Chavez Lozano to travel to Colombia from December 28, 2022-January 12, 2023 so that he may see his family.

```
Application granted.            Respectfully,

                                /s/ Lisa Scolari
Dated: New York, New York
December 1, 2022                Lisa Scolari
```

SO ORDERED

*/s/ Naomi Reice Buchwald*
HON. NAOMI REICE BUCHWALD
`United States District Judge`