LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

January 30, 2023

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Danilo Chavez Lozano,
19 Cr. 826 (NRB)

Your Honor,

I write to request Court authorization for Mr. Chavez Lozano to travel to Colombia. S.A. from February 16, 2023 to February 24, 2023 for business. Mr. Chavez Lozano started a music promotion business prior to his incarceration through which he markets musical artists. One of his artists will be featured in a series of promotional events in Medellin Colombia during that week in February. It is necessary for Mr. Chavez Lozano to be present to assist in those events.

Mr. Chavez Lozano's Southern District of Florida probation officer has confirmed that he has been fully complaint with his release conditions and has no objection to this request. The government, by Samuel Raymond, Esq., also has no objection to the application. If the Court grants permission, Mr. Chavez Lozano will provide his probation officer with the particulars of his trip including his flights and where he will be staying in Medellin.

Therefore I request that the Court permit Mr. Chavez Lozano to travel to Medellin, Colombia from February 16, 2023-February 24, 2023 for business.

Respectfully,

*Lisa Scolari*

Lisa Scolari

Application granted.

SO ORDERED

*[signature]*
HON. NAOMI REICE BUCHWALD
U.S. District Judge