LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

April 17, 2023

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Danilo Chavez Lozano,
19 Cr. 826 (NRB)

Your Honor,

     I write to request Court authorization for  Mr. Chavez Lozano to travel to the Dominican Republic from April 27-May 1, 2023 business. Mr. Chavez Lozano would like to attend a music production event to  promote an artist he represents through his recording company.

     Mr. Chavez Lozano's Southern District of Florida probation officer has confirmed that he has been complaint with his supervised release conditions and has no objection to this request. The government, by Samuel Raymond, Esq., defers to probation's position. If the Court grants permission, Mr. Chavez Lozano will provide his probation officer with the particulars of his trip including his flights and where he will be staying in the Dominican Republic.

Respectfully,

*Lisa Scolari*

Lisa Scolari

Application granted.

Dated: New York, New York
     April 20, 2023

SO ORDERED

HON. NAOMI REICE BUCHWALD

United States District Judge