**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

May 12, 2023

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Danilo Chavez Lozano,
19 Cr. 826 (NRB)

Your Honor,

        I write to request Court authorization for  Mr. Chavez Lozano to travel to Colombia as needed for work. One of Mr. Chavez Lozano's businesses is promoting a Colombian performer who will have ongoing appearances or performances in Colombia during the next several months and the foreseeable future. As his promoter Mr. Chavez Lozano will need to be present at those events. As there will be ongoing engagements, I request that the Court permit Mr. Chavez Lozano to travel to Colombia without requesting permission for each business trip. If the Court grants this application, Mr. Chavez Lozano will advise his probation officer of the details of each trip in advance of his travel.

        Mr. Chavez Lozano's Southern District of Florida probation officer has confirmed that he has been complaint with his supervised release conditions and has no objection to this request. The government, by Samuel Raymond, Esq., consents to this request.

Respectfully,

*Lisa Scolari*

Dated: New York, New York     Lisa Scolari
       May 12, 2023

SO ORDERED

*Naomi Reice Buchwald*

HON. NAOMI REICE BUCHWALD
U.S. District Judge